No. 83–812. WALLACE, GOVERNOR OF ALABAMA, ET AL. *v.* JAFFREE ET AL.; and

No. 83–929. SMITH ET AL. *v.* JAFFREE ET AL. C. A. 11th Cir. [Probable jurisdiction noted, 466 U. S. 924.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 83–990. SCHOOL DISTRICT OF THE CITY OF GRAND RAPIDS ET AL. *v.* BALL ET AL. C. A. 6th Cir. [Certiorari granted, 465 U. S. 1064.] Motion of respondents to permit Nancy L. Dilley to present oral argument *pro hac vice* denied.

No. 83–1437. MAREK ET AL. *v.* CHESNY, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF CHESNY. C. A. 7th Cir. [Certiorari granted, 466 U. S. 949.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 83–1476. UNITED STATES *v.* DANN ET AL. C. A. 9th Cir. [Certiorari granted, 467 U. S. 1214.] Motion of American Land Title Association for leave to file a brief as *amicus curiae* granted.

No. 83–1625. UNITED STATES *v.* JOHNS ET AL. C. A. 9th Cir. [Certiorari granted, 467 U. S. 1250.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

AUGUST 27, 1984

No. 84–37. CESSNA AIRCRAFT CO. *v.* BLEVINS. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 53.

AUGUST 29, 1984

No. 84–8. HAZELTINE CORP. *v.* RCA CORP. C. A. Fed. Cir. Certiorari dismissed under this Court's Rule 53.